No. 361. ELIZA A. WALL, PLAINTIFF IN ERROR, *v.* OLD COLONY TRUST COMPANY ET AL. In error to the Supreme Judicial Court of the State of Massachusetts. Motions to dismiss or affirm submitted November 3, 1902. Decided November 10, 1902. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Eustis* v. *Bolles,* 150 U. S. 361; and see *Wall* v. *Old Colony Trust Company,* 174 Massachusetts, 340; 177 Massachusetts, 275. *Mr. L. L. Scaife* for the plaintiff in error. *Mr. Felix Rackemann, Mr. Moorfield Story, Mr. Ezra R. Thayer, Mr. J. L. Thorndike* and *Mr. L. S. Dabney* for the defendants in error.

---

No. 91. MARTHA E. SMITH ET AL., PLAINTIFFS IN ERROR, *v.* EDWARD F. BROWN, RECEIVER, ETC. In error to the United States Circuit Court of Appeals for the Eighth Circuit. Argued and submitted November 13, 1902. Decided November 17, 1902. *Per Curiam.* Judgment affirmed, with costs, on the authority of *Studebaker* v. *Perry,* 184 U. S. 258; *McDonald* v. *Thompson,* 184 U. S. 71; *United States* v. *Knox,* 102 U. S. 422, (see case below, *Deweese* v. *Smith,* 106 Fed. Rep. 438,) and case remanded to the Circuit Court of the United States for the Western District of Missouri. *Mr. Wm. M. Williams* for the plaintiffs in error. *Mr. William S. Shirk* for the defendant in error.